UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Melvin Henry Newbern, | Case No. 24-CV-00867 (JMB/DLM) |
| Plaintiff, | |
| v. | **ORDER** |
| Martin J. O'Malley,<br>Commissioner of Social Security, | |
| Defendant. | |

---

This matter is before the Court on the Plaintiff Melvin Henry Newbern's and Defendant Commissioner of Social Security's Joint Stipulation. (Doc. No. 20.) Pursuant to that Joint Stipulation, and on all of the files, records, and proceedings herein, IT IS HEREBY ORDERED THAT:

1. Newbern be awarded attorney fees and costs in the amount of $8,405.00 under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412;

2. The award shall fully and completely satisfy any and all claims for fees, costs, and/or expenses that may have been payable to Newbern in this matter pursuant to the EAJA; and

3. Because Newbern has assigned EAJA fees to his counsel, such payment shall be made directly to the firm designated by his attorney, Stephanie A. Christel, unless Newbern has debt subject to the United States Treasury Offset Program.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: August 12, 2024

/s/ *Jeffrey M. Bryan*
Judge Jeffrey M. Bryan
United States District Court

1